PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

DOCKET NUMBER *(Tran. Court)*
15-CR-10104

DOCKET NUMBER *(Rec. Court)*

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Robert Fitzpatrick<br>114 Pond Shore Drive<br>Charlestown, RI 02813 | DISTRICT OF MASSACHUSETTS | D/MA, Boston Criminal |
| | NAME OF SENTENCING JUDGE<br>The Honorable F. Dennis Saylor, IV | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 8/5/16   TO 8/4/18 |

**OFFENSE**

Perjury, 18 U.S.C. § 1623
Obstruction of Justice, 18 U.S.C. § 1503

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "DISTRICT OF MASSACHUSETTS"

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Rhode Island upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

April 18, 2017
*Date*

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE District of Rhode Island

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

5/18/2017
*Effective Date*

*United States District Judge*